JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| **ALEJANDRA VALDEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case  No. CV 15-8897 AJW** |
| | ) | |
| **v.** | ) | **J U D G M E N T** |
| | ) | |
| **CAROLYN W. COLVIN, Acting** | ) | |
| **Commissioner of the Social** | ) | |
| **Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

     **IT IS ADJUDGED** that the Commissioner's decision is **affirmed**.

August 17, 2016

_____
ANDREW J. WISTRICH
United States Magistrate Judge